# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:07-cr-00240-2 |
| MOISES FARRERA-GRAJALES, ) | |
| Defendant. ) | |

## ORDER

Upon motion by the Government (Doc. No. 162), this action is **DISMISSED WITH PREJUDICE**. Fed. R. Crim. P. 48(a). The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE